LEE HIGH, LTD.
Cecilia Lee, Esq.
Nevada Bar No. 3344
Elizabeth High, Esq.
Nevada Bar No. 10082
499 West Plumb Lane, Suite 201
Reno, Nevada 89509
Telephone: 775.499.5712
Email: c.lee@lee-high.com
Email: e.high@lee-high.com

Attorneys for William Walter Plise, Debtor

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM WALTER PLISE,<br><br>Debtor. | Case No.: BKS-12-14724-GS<br><br>Chapter 7 Case |
| WILLIAM WALTER PLISE,<br><br>Appellant,<br>v.<br><br>SHELLEY KROHN, Chapter 7 Trustee,<br><br>Appellee. | Case No. 2:14-cv-00186-GMN<br><br>**SUBSTITUTION OF COUNSEL**<br><br>(NO HEARING REQUIRED) |

     Pursuant to Local Rule IA 11-6(c), Debtor and Appellant William Walter Plise ("Debtor') hereby stipulates to the substitution of Lee High, Ltd. as his counsel of record in this proceeding in the place and stead of Schwartzer & McPherson Law Firm, effective as of the date of the Court approval hereof.

     DATED this 24th day of April, 2017.

                                                                                       /s/ William Walter Plise_____
                                                                               WILLIAM WALTER PLISE

Schwartzer & McPhersonLaw Firm hereby consents to the substitution of LEE HIGH, LTD. in the place and stead of Schwartzer & McPherson Law Firm as counsel of record for the Debtor in this proceeding, effective as of the date of the Court's approval hereof.

DATED this 25th day of April, 2017.

SCHWARTZER & MCPHERSON LAW FIRM

/s/ Lenard Schwartzer, Esq.
LENARD SCHWARTZER, ESQ.

LEE HIGH, LTD. hereby consents to the substitution of Lee High, Ltd. in the place and stead of Schwartzer & McPherson Law Firm in this proceeding, as counsel of record for the Debtor, effective as of the date of the Court's approval hereof.

DATED this 26th day of April, 2017.

LEE HIGH, LTD.

/s/ Cecilia Lee, Esq.
CECILIA LEE, ESQ.

**ORDER**

The Court has considered the Substitution of Counsel and, pursuant to LR IA 11-6(c), hereby **GRANTS** the substitution of Lee High, Ltd. as counsel of record for Debtor and Appellant William Walter Plise in this matter, in the place and stead of Schwartzer & McPherson Law Firm, effective as of the date of the Court approval hereof.

**IT IS SO ORDERED.**

DATED this 21 day of December, 2017.

**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT**